Edward W. CASWELL; Barry W. James; Richard A. Temple, Sr., Plaintiffs–Appellants,

v.

CITY OF MINDEN, Defendant–Appellee.

No. 05–30043.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 20, 2005.

Pamela R. Jones, Shreveport, LA, for Plaintiff–Appellant.

Bryce J. Denny, Douglas Lee Harville, Cook, Yancey, King & Galloway, Shreveport, LA, L. Charles Minifield, Minifiled & Harper, Minden, LA, for Defendant–Appellee.

Before JONES, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The court has carefully reviewed this appeal in light of the briefs, oral argu-

ments, and pertinent parts of the record. Having done so, we find no reversible error of law or fact and therefore *AFFIRM* for essentially the reasons stated by the trial court.

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.